*Neil Johnson*, in support of the petition.

*Albert G. Danker, Jr.*, in opposition.

Decided March 6, 2002

---

## DOROTHY S. MITCHELL *v.* MORRIS SILVERSTEIN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 58 (AC 21180), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Morris Silverstein,* pro se, in support of the petition.

*David C. Rappe,* pro se, in opposition.

Decided March 6, 2002